IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-481-CR




JAMES D. FERROW, JR.,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 40,062, HONORABLE JACK W. PRESCOTT, JUDGE


 





PER CURIAM

 James D. Ferrow, Jr., seeks to appeal from a judgment of conviction for delivery
of cocaine, a controlled substance. The punishment is imprisonment for fifteen years.

 Sentence was imposed in open court on August 16, 1991. There was no motion
for new trial. Notice of appeal was filed October 15, 1991, twenty-nine days after the deadline
for filing. Tex. R. App. P. Ann. 41(b) (Pamph. 1991). Absent a timely notice of appeal, this
Court is without jurisdiction. Shute v. State, 744 S.W.2d 96 (Tex. Crim. App. 1988).

 The appeal is dismissed.



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed

Filed:  November 20, 1991

[Do Not Publish]